Michael L. Wilhelm, # 101495　　　　　　　　　　　(SPACE BELOW FOR FILING STAMP ONLY)
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:　　(559) 433-1300
Facsimile:　　(559) 433-2300


Attorneys for MADERA COUNTY SUPERIOR COURT

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT

| | |
|---|---|
| In Re<br><br>Clarence L. Gunter and<br>Rena Zoe Gunter,<br><br>　　　　Debtors. | District Court Case No. 06-CV-01892-AWI<br><br>Bankruptcy Court Case No. 05-16471-A-13F |
| Sheryl A. Strain, Beth Maxwell Stratton, Robert Hawkins,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Heber D. Perrett dba Perrett Ranches, and Robert J. Rosati,<br><br>　　　　Defendants. | Adv Proc. No. 05-1264 |

**STIPULATION TO DROP COUNTY OF MADERA FROM SERVICE LIST**

　　The undersigned agree to have:

　　　　County of Madera

　　　　c/o Peter A. Krause, Esq.

　　　　Administrative Office of the Courts

　　　　2880 Gateway Oaks Drive Suite 300

　　　　Sacramento, CA 95833

dropped from the service list on this appeal or any subsequent adversary proceeding that follows this appeal.

///

Dated: April 30, 2007                              /s/ Jeffrey L. Wall
                                                   Jeffrey L. Wall, Esq.
                                                   Attorney for Sheryl A. Strain, as Chapter 7 Trustee
                                                   for the Estate of Clarence L. Gunter and Rena Joe
                                                   Gunter; Sheryl A. Strain Chapter 7 Trustee for the
                                                   Estate of Larry L. Gunter; Sheryl A. Strain, as
                                                   Chapter 7 Trustee for the Estate of Roy Gunter; Beth
                                                   Maxwell Stratton, as Chapter 7 Trustee for the
                                                   Estate of Warren S. Gunter and Kathleen A Gunter;
                                                   and Robert Hawkins, as Chapter 7 Trustee for the
                                                   Estate of David L. Gunter


                                                   DOOLEY HERR & PELTZER, LLP

Dated: April 25, 2007
                                                   By     /s/ Leonard C. Herr
                                                          Leonard C. Herr, Esq.
                                                   Attorney for Heber D. Perrett


                                                   WALTER LAW GROUP

Dated: May 2, 2007
                                                   By     /s/ Riley C. Walter
                                                          Riley C. Walter, Esq.
                                                   Attorney for Estate of Clarence L. Gunter and Rena
                                                   Zoe Gunter; Estate of David L. Gunter; Estate of
                                                   Larry L. Gunter; Estate of Roy Gunter; Estate of
                                                   Warren S. Gunter and Kathleen A. Gunter

Dated: May 7, 2007

                            McCORMICK, BARSTOW, SHEPPARD,
                                WAYTE & CARRUTH LLP


                                                   By:    /s/ Michael L. Wilhelm
                                                          Michael L. Wilhelm
                             Attorneys for Administrative Office of the Court


                                            **ORDER**

IT IS SO ORDERED.

**Dated:   May 8, 2007**                           **/s/ Anthony W. Ishii**
                                                   UNITED STATES DISTRICT JUDGE