Michael L. Wilhelm, # 101495  (SPACE BELOW FOR FILING STAMP ONLY)
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for MADERA COUNTY SUPERIOR COURT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT

| | |
|---|---|
| In Re | District Court Case No. 06-CV-01892-AWI |
| Clarence L. Gunter and Rena Zoe Gunter, | Bankruptcy Court Case No. 05-16471-A-13F |
| Debtors. | |
| Sheryl A. Strain, Beth Maxwell Stratton, Robert Hawkins, | Adv Proc. No. 05-1264 |
| Plaintiffs, | |
| v. | |
| Heber D. Perrett dba Perrett Ranches, and Robert J. Rosati, | |
| Defendants. | |

**STIPULATION TO DROP COUNTY OF MADERA FROM SERVICE LIST**

The undersigned agree to have:

> County of Madera
>
> c/o Peter A. Krause, Esq.
>
> Administrative Office of the Courts
>
> 2880 Gateway Oaks Drive Suite 300
>
> Sacramento, CA 95833

dropped from the service list on this appeal or any subsequent adversary proceeding that follows this appeal.

///

| | |
|---|---|
| Dated: April 30, 2007 | /s/ Jeffrey L. Wall<br>Jeffrey L. Wall, Esq.<br>Attorney for Sheryl A. Strain, as Chapter 7 Trustee for the Estate of Clarence L. Gunter and Rena Joe Gunter; Sheryl A. Strain Chapter 7 Trustee for the Estate of Larry L. Gunter; Sheryl A. Strain, as Chapter 7 Trustee for the Estate of Roy Gunter; Beth Maxwell Stratton, as Chapter 7 Trustee for the Estate of Warren S. Gunter and Kathleen A Gunter; and Robert Hawkins, as Chapter 7 Trustee for the Estate of David L. Gunter |
| | DOOLEY HERR & PELTZER, LLP |
| Dated: April 25, 2007 | By  /s/ Leonard C. Herr<br>Leonard C. Herr, Esq.<br>Attorney for Heber D. Perrett |
| | WALTER LAW GROUP |
| Dated: May 2, 2007 | By  /s/ Riley C. Walter<br>Riley C. Walter, Esq.<br>Attorney for Estate of Clarence L. Gunter and Rena Zoe Gunter; Estate of David L. Gunter; Estate of Larry L. Gunter; Estate of Roy Gunter; Estate of Warren S. Gunter and Kathleen A. Gunter |
| Dated: May 7, 2007 | McCORMICK, BARSTOW, SHEPPARD,<br>WAYTE & CARRUTH LLP<br><br>By:  /s/ Michael L. Wilhelm<br>Michael L. Wilhelm<br>Attorneys for Administrative Office of the Court |

**ORDER**

IT IS SO ORDERED.

**Dated:   May 8, 2007**               /s/ Anthony W. Ishii
                                         UNITED STATES DISTRICT JUDGE