Leonard C. Herr, #081896
Ron Statler, #234177
DOOLEY HERR & PELTZER

Attorneys at Law, LLP

100 Willow Plaza, Suite 300

Visalia, California 93291

Telephone: (559) 636-0200

Attorneys for Appellant,
 H.D. PERRETT, individually and
 dba PERRETT RANCHES

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEBER D. PERRETT | District Court Case Number:<br>CIV. 1:06-CV-01892-AWI |
|   Appellant, | |
|  v. | Bankruptcy Court Case Number:<br>05-16471-A-13F |
| CLARENCE L. GUNTER and RENE ZOE GUNTER, et al., | Adversary Proceeding Number:<br>05-1264-A |
|   Appellees. | **STIPULATION AND ORDER TO CONTINUE ORAL ARGUMENT** |

## RECITALS

 WHEREAS, on May 24, 2007, Appellant filed and served a Notice of Readiness for Oral Argument notifying the Court and all parties this matter has been fully briefed and that the appeal was ready for oral argument;

 WHEREAS, on June 1, 2007, the Court notified all parties that oral argument in this matter would be heard on June 25, 2007;

 WHEREAS, on June 25, 2007, Appellant's counsel is scheduled to participate in a jury trial in the matter entitled Curtin, et al. v. Mobile Tool International, Inc. in Orange County, California.

///

LAW OFFIC
DOOLEY H
& PELTZE
Attorneys at La
100 Willow P
Suite 300
Visalia, CA 93291
(559) 636-0200

-1-

**STIPULATION AND ORDER TO CONTINUE ORAL ARGUMENT**

///

**STIPULATION**

IT IS HEREBY STIPULATED to by and among the parties, through their respective attorneys of record, as follows:

That oral argument, which is presently scheduled for June 25, 2007, shall be continued to July 30, 2007, at 1:30 p.m., in Courtroom #2 of the above-entitled Court.

DATED: June 15, 2007                DOOLEY HERR & PELTZER, LLP


By:_____/s/ Leonard C. Herr_____
LEONARD C. HERR,
Attorney for Appellant
HEBER D. PERRETT, individually
and dba PERRETT RANCHES


DATED: June 15, 2007                LAW OFFICE OF JEFFREY L. WALL


By:_____/s/ Jeffrey L. Wall_____
JEFFREY L. WALL,
Attorney for Sheryl A. Strain, as Chapter 7
Trustee for the Estate of Clarence L. Gunter and Rena Joe
Gunter; Sheryl A. Strain Chapter 7 Trustee for the Estate of Larry L. Gunter; Sheryl A. Strain, as
Chapter 7 Trustee for the Estate of Roy Gunter; Beth Maxwell Stratton, as Chapter 7 Trustee for the Estate
of Warren S. Gunter and Kathleen A Gunter; and Robert Hawkins, as Chapter 7 Trustee for the Estate
of David L. Gunter

DATED:  June _15, 2007              LAW OFFICE OF ROBERT J. ROSATI


By: _____/s/ Robert J. Rosati_____
ROBERT J. ROSATI

///

///

///

LAW OFFICE
DOOLEY H
& PELTZE
Attorneys at La
100 Willow
Suite 300
Visalia, CA 93291
(559) 636-0200

-2-

**STIPULATION AND ORDER TO CONTINUE ORAL ARGUMENT**

///

**ORDER**

Pursuant to the stipulation of the parties and good cause shown thereby,

IT IS HEREBY ORDERED that oral argument, presently scheduled for June 25, 2007 shall be continued to July 30, 2007 at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   June 19, 2007**                                          /s/ Anthony W. Ishii

UNITED STATES DISTRICT JUDGE

LAW OFFIC
DOOLEY H
& PELTZI
Attorneys at La
100 Willow 1
Suite 300
Visalia, CA 93291
(559) 636-0200

-3-

**STIPULATION AND ORDER TO CONTINUE ORAL ARGUMENT**