UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEBER D. PERRETT, )<br>)<br>      Appellant, )<br>)<br>v. )<br>)<br>CLARENCE L. GUNTER, et al, )<br>)<br>      Appellees. )<br>_____ ) | DISTRICT COURT CASE<br>NO. CIV-F-06-1892 AWI<br><br>BANKRUPTCY COURT CASE<br>NO. 05-16471 A-13F<br><br>ADVERSARY PROCEEDING<br>NO. 05-01264<br><br>ORDER RE: VACATING HEARING<br>FOR ORAL ARGUMENT |

      The matter is a bankruptcy appeal. On May 24, 2007, Appellant filed a notice of readiness for oral argument. Doc. 22. By minute order, the court scheduled oral argument for June 25, 2007. Doc. 23. Federal Rule of Bankruptcy Procedure 8012 states:

> Oral argument shall be allowed in all cases unless the district judge or the judges of the bankruptcy appellate panel unanimously determine after examination of the briefs and record, or appendix to the brief, that oral argument is not needed. Any party shall have an opportunity to file a statement setting forth the reason why oral argument should be allowed.
>
> Oral argument will not be allowed if (1) the appeal is frivolous; (2) the dispositive issue or set of issues has been recently authoritatively decided; or (3) the facts and legal arguments are adequately presented in the briefs and record and the decisional process would not be significantly aided by oral argument.

The court has reviewed the papers filed and has determined that oral argument is not necessary as the facts and legal arguments are adequately addressed. Should any party affirmatively wish to

1 have oral argument, they may file a statement in accordance with Fed. R. Bankr. Proc. 8012.  The
2 court will thereafter consider the request.  Oral argument is vacated and the appeal is taken under
3 submission.

5 IT IS SO ORDERED.
6 **Dated:   June 21, 2007**                          **/s/ Anthony W. Ishii**
                                                UNITED STATES DISTRICT JUDGE