# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HEBER D. PERRETT,** | **DISTRICT COURT CASE NO. CIV-F-06-1892 AWI** |
| **Appellant**, | |
| **v.** | **BANKRUPTCY COURT CASE NO. 05-16471 A-13F** |
| **CLARENCE L. GUNTER, et al,** | **ADVERSARY PROCEEDING NO. 05-01264** |
| **Appellees**. | |
| | **ORDER VACATING HEARING DATE OF MARCH 17,  2008 AND TAKING MATTER UNDER SUBMISSION** |

Appellant has made a motion for reconsideration of the court's January 15, 2008 Order denying the appeal. Doc. 28.  One Appellee, Robert Rosati, filed a late opposition. Doc. 31.  The court has reviewed the papers and has determined that the motion is suitable for decision without hearing. See Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 17, 2008 is VACATED, and no party shall appear at that time.  As of March 17, 2008,  the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:    March 14, 2008          _____/s/ Anthony W. Ishii_____**
UNITED STATES DISTRICT JUDGE

1