# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEBER D. PERRETT,<br><br>      Appellant,<br><br>v.<br><br>CLARENCE L. GUNTER, et al,<br><br>      Appellees. | DISTRICT COURT CASE<br>NO. CIV-F-06-1892 AWI<br><br>BANKRUPTCY COURT CASE<br>NO. 05-16471 A-13F<br><br>ADVERSARY PROCEEDING<br>NO. 05-01264<br><br>ORDER VACATING HEARING DATE OF MAY 19, 2008 AND TAKING MATTER UNDER SUBMISSION |

    Appellant has filed a motion for stay of the court's January 15, 2008 Order pending appeal to the Ninth Circuit. Doc. 37. Appellees have filed oppositions. Docs. 44 and 45. Appellant has filed a reply. Doc. 46. The court has reviewed the papers and has determined that the motion is suitable for decision without hearing. See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 19, 2008 is VACATED, and no party shall appear at that time. As of May 19 2008, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   May 13, 2008                         /s/ Anthony W. Ishii
                                                    UNITED STATES DISTRICT JUDGE